UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMESHA LAFAYETTE | CIVIL ACTION |
| VERSUS | NUMBER: 13-5877 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "I"(5) |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Timesha Lafayette, which is hereby **OVERRULED**, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied and that Defendant's motion for summary judgment is granted.

New Orleans, Louisiana, this 24th day of September, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE